**Return**

| Case No.: 26-949M (NJ) | Date and time warrant executed: 07/07/2026          09:20 AM | Copy of warrant and inventory left with: USPS Priority Mail Parcel 9505 5148 8229 6181 5097 96 |
|---|---|---|

Inventory made in the presence of :
   Postal Inspectors Erik Meidlinger and Colton Dutrow

Inventory of the property taken and name(s) of any person(s) seized:

Search and seizure warrant 26-949M (NJ): USPS Priority Mail Parcel 9505 5148 8229 6181 5097 96 was opened and located inside was a wrapped mini fridge which held a vacuum sealed bag containing a pressed brick of a white powdery substance contained in a outer bag filled with a Vaseline type grease substance.  Field testing using the Fisher Scientific, TruNarc handheld narcotics analyzer, using Raman Spectroscopy and the white powder tested positive for the presence of cocaine.   The total approximate weight for the cocaine was 256 grams.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:        07/17/2026

*Erik Meidlinger*

*Executing officer's signature*

Erik Meidlinger, United States Postal Inspector

*Printed name and title*