





Case 2:26-mj-00949-NJ    Filed 07/20/26    Page 2 of 8    Document 2-1













